## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Laura Boustani, Chia-Min T. Chen, Mary Savas, Efty Simakis, Sophia Loizos, Paramjit Singh, Joseph Hajjar, Catherine Ma, Sagarika Nayak, Eduardo A. Romero, Karil Bialostosky, Dagmar Celeste, Ali AlHaddad, Sawsan Alhaddad, Gia Hoa Ryan, Margaret Wong, P.S. Murthy, Asian American Bar Association of Ohio, The Federation of India Community Association, Service Employees International Union District 1199, American-Arab Anti-Discrimination Committee, Greater Toledo Association of Arab Americans, Council on American-Islamic Relations Ohio, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | Civil Action No. 1:06CV2065 |
| | [PROPOSED] ORDER AND JUDGMENT |
| Plaintiffs, ) ) ) | |
| v. ) ) | |
| J. Kenneth Blackwell, ) ) | |
| Defendant. ) ) | |

WHEREAS the Plaintiffs, as prevailing parties in the underlying action, filed a Motion for Costs and Attorneys' Fees (ECF DKT #23) under 42 U.S.C. §§ 1973*l*(e) and 1988 on December 15, 2006: and

WHEREAS the parties have pursued negotiations to resolve this matter in good faith: and

WHEREAS the parties have reached a settlement that completely disposes of Plaintiffs' claims for costs and attorneys' fees, as provided below;

NOW, THEREFORE, it is ORDERED, ADJUDGED, and DECREED as follows:

The Court finds that Plaintiffs were prevailing parties in the underlying action, and are entitled to an award of costs and attorneys' fees under 42 U.S.C. §§ 1973*l*(e) and 1988. The Court further finds that the parties' negotiated agreement is fair and reasonable, given the expense incurred and hours expended by the attorneys for Plaintiffs in this case.

Defendant shall pay $80,000.00 to the Plaintiffs for costs and attorneys' fees related to the underlying action. Within 60 days of the date of entry of this Order, Defendant shall make payment in this amount to "The Chandra Law Firm, LLC, IOLTA Account," with the understanding that the full amount is to be distributed among the other attorneys for Plaintiffs in full settlement of all claims for attorneys' fees and costs by all Plaintiffs' attorneys, who have reached agreement among themselves on the apportionment of this payment. In the event of a default in payment, interest at the rate of five (5) percent per annum shall accrue from the date of default to the date of payment.

The Court will retain jurisdiction for the purpose of enabling any of the parties to this

Order to apply to this Court for further orders and directions as may be necessary or appropriate

to carry out this Order until the judgment is satisfied.

**IT IS SO ORDERED.**

DATE: __3/13/07__

Christopher a Boyko

Honorable Christopher A. Boyko
United States District Judge

FILED

MAR 15 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND