IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LAURA BOUSTANI, *et al.*,<br><br>     *Plaintiffs*,<br>v.<br>FRANK LAROSE, in his official capacity as Ohio Secretary of State,<br><br>     *Defendant*. | Case No. 1:06-cv-02065 |

**PLAINTIFFS' EMERGENCY MOTION TO ENFORCE JUDGMENT
VIA CIVIL CONTEMPT PROCEEDINGS**

  Plaintiffs move this Court, under its "inherent power to enforce compliance with [its] lawful orders through civil contempt," *Shillitani v. United States*, 384 U.S. 364, 370 (1966), to enforce the judgment that it issued in this case in October 2006. As the accompanying memorandum in support explains, Plaintiffs have presented clear and convincing evidence that the Ohio Secretary of State "violated a definite and specific order of the court requiring [the Secretary] to perform or refrain from performing a particular act or acts with knowledge of the court's order," *Rolex Watch U.S.A., Inc. v. Crowley*, 74 F.3d 716, 720 (6th Cir. 1996). Specifically, the Secretary has reimplemented many of the precise portions of Section 3505.20 of the Ohio Revised Code that this Court has enjoined the Secretary from enforcing. This motion comes as an emergency because the Secretary reimplemented the enjoined provisions suddenly, within weeks of Election Day.

  Accordingly, Plaintiffs request that this Court compel Defendant to comply with this Court's previous injunction by reentering the same order that this Court issued on October 4, 2006 (ECF No. 18, PageID 247–48), which required the Ohio Secretary of State to undertake the following actions:

    a. Enjoining the following portions of Section 3505.20 of the Ohio Revised Code (requiring challenged voters to answer certain questions and provide certain documentation) as unconstitutional:

        (2) Are you a native or naturalized citizen?

        (3) Where were you born?

        (4) What official documentation do you possess to prove your citizenship? Please provide that documentation.

        If the person offering to vote claims to be a naturalized citizen of the United States, the person shall, before the vote is received, produce for inspection of the judges a certificate of naturalization and declare under oath that the person is the identical person named in the certificate. If the person states under oath that, by reason of the naturalization of the person's parents or one of them, the person has become a citizen of the United States, and when or where the person's parents were naturalized, the certificate of naturalization need not be produced. If the person is unable to provide a certificate of naturalization on the day of the election, the judges shall provide to the person, and the person may vote, a provisional ballot under section 3505.181 of the Revised Code. The provisional ballot shall not be counted unless it is properly completed and the board of elections determines that the voter is properly registered and eligible to vote in the election.

    b. Ordering the Secretary of State to issue a Directive that is consistent with this Court's October 4, 2006 Opinion and Order to the local boards of election in all counties of the State of Ohio.

Date: October 23, 2024

Megan C. Keenan*
Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
(740) 632-0671
mkeenan@aclu.org
sbrannon@aclu.org

Sophia Lin Lakin*

Respectfully submitted,

*/s/ Freda J. Levenson*
Freda J. Levenson (Bar. No. 0045916)
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, OH 44103
(216) 541-1376
flevenson@acluohio.org

Subodh Chandra (Ohio Bar No. 0069233)
The Chandra Law Building
1265 W. 6th St., Ste. 400

American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org

Jen Samantha D. Rasay*
Alice Clapman*
Brennan Center for Justice
at NYU School of Law
1140 Connecticut Avenue, Ste. 1150
Washington, DC 20036
(202) 249-7190
rasayj@brennan.law.nyu.edu
clapmana@brennan.law.nyu.edu

Cleveland, OH 44113
216.578.1700 (Phone)
216.578.1800 (Fax)
Subodh.Chandra@ChandraLaw.com

*Motion *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

    I, Freda J. Levenson, an attorney admitted to practice before this Court, hereby certify that on October 23, 2024, the foregoing Motion to Enforce Judgment, along with the Memorandum in Support of Plaintiffs' Motion to Enforce Judgment, was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. The parties may access this filing through the Court's electronic filing system.

Date: October 23, 2024                                          Respectfully submitted,

                                                                        */s/ Freda J. Levenson*
                                                                        Freda J. Levenson (Bar. No. 0045916)
                                                                        ACLU OF OHIO FOUNDATION, INC.
                                                                        4506 Chester Avenue
                                                                        Cleveland, OH 44103
                                                                        (216) 541-1376
                                                                        flevenson@acluohio.org